NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RAMBUS INC.,**
*Appellant,*

**v.**

**INTERNATIONAL TRADE COMMISSION,**
*Appellee,*

**and**

**NVIDIA CORPORATION,**
*Intervenor.*

---

2010-1366

---

On appeal from the United States International Trade Commission in Investigation No. 337-TA-661.

---

**ON MOTION**

---

**ORDER**

Upon consideration of NVIDIA Corporation's unopposed motion for leave to intervene,

IT IS ORDERED THAT:

The motion for leave to intervene is granted. The revised official caption is reflected above.

FOR THE COURT

JUL 0 9 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: J. Michael Jakes, Esq.
    Paul M. Bartkowski, Esq.
    Ruffin B. Cordell, Esq.

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 0 9 2010

JAN HORBALY
CLERK